

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Adversary No.: 06−01004

IN THE MATTER OF:
    Gary R. Mills, Sr. and Judy B. Mills        Case No.: 05−11501
        Debtor(s)                            Chapter: 7

Asheville Savings Bank, S.S.B.
      Plaintiff(s)

vs.

Gary R. Mills Sr. et al.
      Defendant(s)

# SUMMONS IN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Dated: January 18, 2006                David E. Weich, Clerk
                                    U.S. BANKRUPTCY COURT
                                    U. S. Courthouse
                                    100 Otis Street, Room 111
                                    Asheville, NC 28801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

                  Thomas K. McClellan
                  Shuford, Cagle & McClellan, PA
                  53 Asheland Avenue, Suite 104
                  Asheville, NC 28801

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: January 18, 2006          s/  David E. Weich
                                              Clerk of Court

Electronically filed and signed ( 1/18/06)

# CERTIFICATION OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not
           (name)
less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify

that the service of this summons and a copy of the complaint was made _____ by:
                                                        (date)

Mail service: Regular, first class United States mail, postage fully pre–paid to:

Personal service: By leaving the process with defendant or with an officer or agent of defendant at:

Residence service: By leaving the process with the following adult at:

Publication: The defendant was served as follows: (Describe briefly)

State Law: The defendant was served pursuant to the laws of the State of _____, as
follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Date

_____
Signature

_____
Print Name

_____
Business Address

_____
City, State